HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
JESUS A. OSETE
Principal Deputy Assistant Attorney General
R. JONAS GEISSLER
Deputy Assistant Attorney General
ANDREW M. DARLINGTON (FL No. 1018895)
Senior Counsel
WILLIAM J. HANRAHAN (PA No. 321600)
Trial Attorney, Special Litigation Section
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C.  20530
    Telephone:    (202) 550-5305
    E-Mail:        andrew.darlington@usdoj.gov

BILAL A. ESSAYLI
Acting United States Attorney
RICHARD M. PARK
Chief, Civil Rights Section
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
    United States Attorney's Office
    300 North Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    E-mail: Julie.hamill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cv-09323 |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | (Related to 2:23-cv-10169-SPG-ADS) |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and ROBERT LUNA, in his official capacity as Sheriff of Los Angeles County, | |
| Defendants. | |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff United States of America hereby notifies the Court of a Related Case pursuant to Local Rule 83-1.3.1, entitled *California Rifle and Pistol Association, Incorporated et al v. Los Angeles County Sheriffs Department et al.*, 2:23-cv-10169-SPG-ADS, filed in the Central District on December 4, 2023. Both cases arise from the same or a closely related transaction, happening, or event and call for determination of the same or substantially related or similar questions of law and fact.

In *California Rifle and Pistol Association, Incorporated et al v. Los Angeles County Sheriffs Department et al.*, non-profit organization and private citizen plaintiffs filed a complaint for declaratory and injunctive relief under 42 U.S.C. § 1983, alleging that the State of California's and County of Los Angeles' concealed carry weapons ("CCW") permit issuance policies and laws deprive plaintiffs of their Second Amendment rights. (Second Amended and Supplemental Complaint, Dkt. No. 106, 2:23-cv-10169-SPG-ADS).

Here, the United States of America seeks declaratory and injunctive relief under 34 U.S.C. §12601, alleging Los Angeles County Sheriff's Department's CCW application process is a pattern and practice of law enforcement officer conduct that deprives persons of their Second Amendment rights. This case, however, does not name the State of California as a defendant and does not involve private plaintiffs.

Accordingly, both cases arise from the same or a closely related transaction, happening, or event (Los Angeles County Sheriff's Department's CCW application process) and call for determination of the same or substantially related or similar questions of law and fact (whether the Los Angeles County Sheriff's Department's CCW application process deprives persons of their Second Amendment rights).

DATED: September 30, 2025.

Respectfully submitted:

BILAL A. ESSAYLI
Acting United States Attorney
RICHARD M. PARK
Chief, Civil Rights Section

*/s/ Julie A. Hamill*

JULIE A. HAMILL
Assistant United States Attorney
Civil Rights Section

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney
General

R. JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Andrew M. Darlington*

ANDREW M. DARLINGTON
Senior Counsel

WILLIAM J. HANRAHAN
Trial Attorney, Special Litigation Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA