# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Los Angeles County Sheriff's Department et al | **CASE NUMBER**<br>2:25-cv-09323-MCS-RAOx<br><br>**ORDER RE TRANSFER**<br>**(RELATED CASES)** |
| PLAINTIFF(S) / DEFENDANT(S) | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

October 17, 2025
Date

_[signature]_
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____
Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:23-cv-10169-SPG-ADSx  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Rozella A. Oliver  to Magistrate Judge  Autumn D. Spaeth .

On all documents subsequently filed in this case, please substitute the initials  SPG-ADSx  after the case number in place of the initials of the prior judge, so that the case number will read  2:25-cv-09323-SPG-ADSx . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] Previous Judge   [ ] Statistics Clerk