HARMEET K. DHILLON
Assistant Attorney General

Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 304-8447
barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and ROBERT LUNA, in his official capacity as Sheriff of Los Angeles County,

Defendants.

Case No. 2:25-CV-09323-SPG-ADS

**JOINT REQUEST FOR RULING ON SETTLEMENT AGREEMENT [ECF NO. 36]**

Honorable Sherilyn Peace Garnett
Action filed: September 30, 2025

R. JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON (TX No. 24129555)
Chief, Second Amendment Section

WILLIAM J. HANRAHAN (PA No. 321600)
AUSTIN H. ARTZ (ND No. 09708)
Trial Attorneys
Second Amendment Section
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 598-5271

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
Julie.hamill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

On September 30, 2025, the United States filed this action. Dkt. 1. On August 13, 2026, the parties filed a settlement agreement with the Court, which asks the Court to retain jurisdiction to enforce the agreement until final dismissal with prejudice. Dkt. 36, ¶ 30. On August 24, 2026, the United States lodged a separate Proposed Order to enter the settlement agreement, a copy of which is attached here as Exhibit A.

The parties respectfully request the Court rule on the settlement agreement and enter the Proposed Order.

Respectfully submitted this 18th day of September 2026.

For the UNITED STATES OF AMERICA

/s/ William J. Hanrahan
William J. Hanrahan
Trial Attorney
Second Amendment Section

For the LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and ROBERT LUNA

/s/ Ryan Chabot
RYAN CHABOT (pro hac vice)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400

Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 18, 2026

*/s/ William J. Hanrahan*
WILLIAM J. HANRAHAN
Trial Attorney
Second Amendment Section
*Attorney for the United States of America*