JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br>Defendants. | Case No. 2:25-cv-09323-SPG-ADS<br>**ORDER GRANTING REQUEST FOR RULING ON SETTLEMENT AGREEMENT [ECF NO. 37]** |

On August 13, 2026, the Parties filed a Settlement Agreement with the Court, (ECF No. 36 (the "Agreement")), "with the goal of ensuring that firearms licensing services are delivered to the people of Los Angeles County in a manner that fully complies with the Constitution and laws of the United States." (Agreement ¶ 1.) The Parties "request that the Court enter this Agreement pursuant to Federal Rule of Civil Procedure 41(a)(2), and remove the matter from the Court's active docket, while retaining jurisdiction to enforce this Agreement until final dismissal with prejudice under the terms of Section VI of the Agreement." (*Id.* ¶ 30.) Section VI of the Agreement in turn provides that "[f]our years after the Effective Date, this Agreement including LASD's reporting obligation will automatically terminate and the dismissal of this action shall become final and with prejudice, unless: (a) upon motion of either Party, the Court

has ordered a different termination date, or (b) the Parties have jointly moved to modify the Agreement pursuant to Section V, and a motion for modification is still pending with the Court." (*Id.* ¶ 43.) The Parties have defined this "Effective Date" as the day that this Agreement is approved by the Court. (*Id.* ¶ 14.) On September 18, 2026, the Parties lodged a Request for the Court to rule on the settlement agreement. (ECF No. 37.)

The Court, having considered the parties' Agreement and finding good cause therefor, hereby ORDERS as follows:

1. The Agreement is entered pursuant to Federal Rule of Civil Procedure 41(a)(2);
2. The matter shall be removed from the Court's active docket;
3. The Court shall retain jurisdiction to enforce the Agreement until final dismissal with prejudice under the terms of Section VI of the Agreement; and
4. Four years after the Effective Date, the Agreement, including LASD's reporting obligation, will automatically terminate and the dismissal of this action shall become final and with prejudice, unless: (a) upon motion of either Party, the Court has ordered a different termination date, or (b) the Parties have jointly moved to modify the Agreement pursuant to Section V of the Agreement, and a motion for modification is still pending with the Court.

**IT IS SO ORDERED.**

Dated: September 23, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE